UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTHONY CLARK, | ) | Civil No. 1:12-cv-01310-RJL |
| | ) | Hon. Richard J. Leon |
| Plaintiff, | ) | |
| v. | ) | |
| COMPUTER SCIENCE CORPORATION, *et al.* | ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER GRANTING MOTION TO DISMISS

This matter is before the Court upon the Motion of Defendant Insight Global, Inc. to Dismiss Plaintiff's Complaint against it pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Having read and considered the Motion to Dismiss, the supporting declaration and exhibits, and the Statement of Points and Authorities, along with any opposition submitted by Plaintiff, and good cause having been shown, it is this ___ day of August, 2012, hereby

**ORDERED** that the Motion to Dismiss of Defendant Insight Global, Inc. is **GRANTED**.

**IT IS FURTHER ORDERED** that the Complaint as to Defendant Insight Global, Inc. is **DISMISSED WITH PREJUDICE.**

_____

**Hon. Richard J. Leon**
District Judge

*Notice electronically mailed to:*

Attorneys for Defendant Computer Science Corporation
Malcom C. DeLorme, cdelorme@jonesday.com,
Jennifer C. Everett, jeverett@jonesday.com
drobinson@jonesday.com

Attorneys for Defendant Insight Global, Inc.
Valerie L. Green, vgreen@schiffhardin.com
Matthew F. Prewitt, mprewitt@schiffhardin.com

Attorneys for Defendant Kforce, Inc.
Zachary G. Williams, zgw@carrmaloney.com


Notice will be delivered by other means to:

Attorney for Plaintiff Anthony Clark
Kenneth L. Blackwell
Blackwell & Associates
P.O. Box 23610
Washington, D.C. 20026
Ph:  202-271-8718