UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY CLARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. 12-01310 (RJL) |
| | ) |
| COMPUTER SCIENCE CORP., *et al.*, | ) |
| | ) |
| Defendants. | ) |

### 5+ ORDER

August __1__, 2013 [## 4, 6, 11, 22, 23, 26]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant Insight Global, Inc.'s Motion to Dismiss [Dkt. # 4] is **GRANTED**; is it further

**ORDERED** that defendant Computer Science Corporation's Motion to Dismiss Plaintiff's Complaint [Dkt. # 6] is **GRANTED**; it is further

**ORDERED** that defendant Kforce, Inc.'s Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim for Which Relief May Be Granted [Dkt. # 11] is **GRANTED**; it is further

**ORDERED** that defendant Insight Global, Inc.'s Motion for Summary Judgment [Dkt. # 22] and Kforce Inc.'s Motion for Summary Judgment [Dkt. # 26] are both **DENIED** as moot; it is further

13

**ORDERED** that plaintiff's Motion to Amend Complaint and Remand [Dkt. # 23] is **DENIED**.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge